UNITED STATES COURT OF INTERNATIONAL TRADE

UNITED STATES,

Plaintiff,

v.

UPS SUPPLY CHAIN SOLUTIONS, INC.,

Defendant.

Before: Leo M. Gordon, Judge

Court No. 16-00010

**ORDER**

Upon consultation with the parties regarding their consent motion for an Extension of the Cross-Claim Scheduling Order; upon consideration of that motion and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that further proceedings under the Cross-Claim Scheduling Order are stayed until the close of business on September 28, 2018 pending the settlement of this action; and it is further

**ORDERED** that should the parties fail to settle this action on or before the close of business on September 28, 2018, they shall file a proposed schedule for further proceedings for the disposition of the cross-claim on or before the close of business on October 1, 2018.

/s/ Leo M. Gordon
Judge Leo M. Gordon

Dated: July 31, 2018
New York, New York