**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE LEO M. GORDON**

| | | |
|---|---|---|
| UPS SUPPLY CHAIN SOLUTIONS, INC., | ) | |
| Cross-Claimant, | ) | |
| v. | ) | Court No. 16-00010 |
| 4174925 CANADA, INC., D/B/A MAJESTIC MILLS, | ) | |
| Cross-Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the U.S. Court of International Trade, UPS Supply Chain Solutions, Inc., and 4174925 Canada, D/B/A Majestic Mills hereby request the voluntary dismissal, with prejudice, of the above-captioned action against 4174925 Canada, D/B/A Majestic Mills, Inc. ("Majestic Mills").

[SIGNATURE BLOCK NEXT PAGE]

Dated: September 28, 2018

Respectfully submitted,

*/s/ Frances P. Hadfield*
John B. Brew
Frances P. Hadfield
CROWELL & MORING LLP
1001 Pennsylvania Avenue N.W.
Washington, DC 20004-2595
(202) 624-2720 (telephone)
Email: jbrew@crowell.com

*Counsel for Cross-Defendant*
*4174925 Canada Inc. D/B/A Majestic Mills*

*/s/ Lars-Erik Arthur Hjelm*
Lars-Erik Arthur Hjelm
David M. Coleman
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue N.W.
Washington, DC 20036
(202) 887-4000 (telephone)
(202)-887-4288 (fax)
Email: lhjelm@akingump.com

*Counsel for Cross-Claimant*
*UPS Supply Chain Solutions Inc.*

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 16-00010 | | | |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: October 1, 2018

Clerk, U. S. Court of International Trade

By: /s/ Steve Taronji
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)